## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANE HARRINGTON YOUNG,<br>    Petitioner,<br><br>  v<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>)<br>)<br>)  CIVIL NO. 05-10050-DPW<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as substitute counsel for former Assistant United States Attorney Dickens Mathieu.

              Respectfully submitted,

              MICHAEL J. SULLIVAN
              United States Attorney


          By:  /s/ Lisa M. Asiaf
             LISA M. ASIAF
April 4, 2005        Assistant U.S. Attorney
             Tel: (617)748-3268

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to *Pro Se* Petitioner, Dane Harrington Young, Prisoner No. 24661-038, McRae Correctional Facility, 100 A Jim Hammock Drive, McRae, GA 31055.

This 4th day of April 2005.

          /s/ Lisa M. Asiaf
LISA M. ASIAF
ASSISTANT UNITED STATES ATTORNEY