```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


DANE HARRINGTON YOUNG,         )
                               )
          Petitioner,          )
                               )         CIVIL ACTION NO.
     v.                        )         05-10050-DPW
                               )
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )
```

MEMORANDUM AND ORDER
April 12, 2006

The petitioner in this motion to vacate a sentence pursuant to 28 U.S.C. § 2255 contends that his counsel provided him with ineffective assistance in connection with his criminal conviction.  That judgment entered following what I remain satisfied was a knowing and voluntary guilty plea during which the petitioner professed himself satisfied with counsel's representation.

Having thoroughly reviewed the record in this case, I am satisfied defense counsel provided the petitioner with vigorous and well crafted representation for a case in which the petitioner's options were limited.  Certainly nothing in the petitioner's submissions suggests otherwise.  Indeed the petition seems essentially a collection of boilerplate assertions, demonstrably erroneous whenever providing anything more than conclusory contentions.  For example, (1) the first grounds of ineffectiveness asserted - the failure to obtain an early

disposition program - fails because there is no such disposition program developed by the United States Attorney in Massachusetts; (2) petitioner asserts counsel should have obtained a better plea agreement despite the fact that there was no plea agreement in this case and (3) he alleges that counsel should have sought a three-point reduction for acceptance of responsibility and yet the defendant in fact received such a reduction.

    This is a meritless petition.  The clerk is directed to dismiss it.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE